IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAR BOYKINS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 16-985 |
| SEPTA, | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 13th day of April, 2017, upon consideration of Defendant SEPTA's ("SEPTA") Motion for Summary Judgment (Doc. No. 23) and the briefing in support thereof and in opposition thereto, **IT IS HEREBY ORDERED** as follows:

1. SEPTA's Motion is **GRANTED** as to all counts set forth in Plaintiff's Complaint;

2. SEPTA's Motion to Strike Untimely Amended Interrogatory Response and Preclude Evidence from Admission at Trial (Doc. No. 43) is **DISMISSED AS MOOT**;

3. SEPTA's Motion to Exclude Expert Testimony (Doc. No. 44) is **DISMISSED AS MOOT**;

4. The final pretrial conference scheduled for April 17, 2017 at 9:00 a.m. is **CANCELLED**; and

5. The Clerk of the Court shall mark this matter as **CLOSED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE